Case 1:17-cr-00222-LO Document 326 Filed 06/24/21 Page 1 of 17 PageID# 6016

FILED
IN OPEN COURT
JUN 24 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 1:17-CR-222 |
| | ) | |
| WILLIAM S. WILSON, | ) | Trial Date: June 8, 2021 |
| also known as "Bill," and | ) | |
| MATTHEW KEKOA LUMHO | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

### Count 1

With respect to the charge of conspiracy to commit wire fraud, as alleged in Count 1 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty        \_\_\_X\_\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty        \_\_\_X\_\_\_ Guilty

If your answer for Count 1 – Conspiracy to Commit Wire Fraud, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of conspiracy to commit wire fraud, as alleged in Count 1 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson engaged in or employed the following means or method(s):

1

_GUILTY_  Money and Property Wire Fraud

_GUILTY_  Honest Services Wire Fraud

If your answer for Count 1 – Conspiracy to Commit Wire Fraud, as to defendant Matthew Kekoa LumHo, is "Guilty," answer the following question:

With respect to the charge of conspiracy to commit wire fraud, as alleged in Count 1 of the Superseding Indictment, we, the jury, find that defendant Matthew Kekoa LumHo engaged in or employed the following means or method(s):

_GUILTY_  Money and Property Wire Fraud

_GUILTY_  Honest Services Wire Fraud

2

## Count 2

With respect to the charge of wire fraud on or about October 30, 2012, as alleged in Count 2 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

If your answer for Count 2 – Wire Fraud, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of wire fraud, as alleged in Count 2 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson engaged in or employed the following means or method(s):

\_GUILTY\_  Money and Property Wire Fraud

\_GUILTY\_  Honest Services Wire Fraud

If your answer for Count 2 – Wire Fraud, as to defendant Matthew Kekoa LumHo, is "Guilty," answer the following question:

With respect to the charge of wire fraud, as alleged in Count 2 of the Superseding Indictment, we, the jury, find that defendant Matthew Kekoa LumHo engaged in or employed the following means or method(s):

__X__ GUILTY  Money and Property Wire Fraud

__X__ GUILTY  Honest Services Wire Fraud

## Count 3

With respect to the charge of wire fraud on or about November 18, 2012, as alleged in Count 3 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

If your answer for Count 3 – Wire Fraud, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of wire fraud, as alleged in Count 3 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson engaged in or employed the following means or method(s):

\_GUILTY\_ Money and Property Wire Fraud

\_GUILTY\_ Honest Services Wire Fraud

## Count 4

With respect to the charge of wire fraud on or about November 18, 2012, as alleged in Count 4 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty      __X__ Guilty

If your answer for Count 4 – Wire Fraud, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of wire fraud, as alleged in Count 4 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson engaged in or employed the following means or method(s):

__GUILTY__ Money and Property Wire Fraud

__GUILTY__ Honest Services Wire Fraud

## **Count 5**

With respect to the charge of false claims on or about March 1, 2012, as alleged in Count 5 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty   \_\_\_X\_\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty   \_\_\_X\_\_\_ Guilty

## Count 6

With respect to the charge of false claims on or about May 1, 2012, as alleged in Count 6 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty        \_\_X\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty        \_\_X\_\_ Guilty

## Count 7

With respect to the charge of false claims on or about June 1, 2012, as alleged in Count 7 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty       __X__ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty       __X__ Guilty

## Count 8

With respect to the charge of false claims on or about July 1, 2012, as alleged in Count 8 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty     \_\_\_X\_\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty     \_\_\_X\_\_\_ Guilty

## Count 9

With respect to the charge of false claims on or about September 1, 2012, as alleged in Count 9 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

Defendant Matthew Kekoa LumHo:

_____ Not Guilty          \_\_\_X\_\_\_ Guilty

## Count 10

With respect to the charge of bribery of a public official, beginning no later than February 2012 and continuing through at least on or about October 15, 2012, as alleged in Count 10 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          \_\_**X**\_\_ Guilty

If your answer for Count 10, bribery of a public official, as to defendant William S. Wilson, is "Guilty," do not answer the following question; proceed instead directly to Count 11.

## Count 10
## (Lesser Included Offense of Unlawful Gratuities)

If your answer for Count 10, bribery of a public official, as to defendant William S. Wilson, is "Not Guilty," then answer the following question:

With respect to the lesser included offense of Count 10, unlawful gratuities, as to defendant William S. Wilson, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          _____ Guilty

## Count 11

With respect to the charge of acceptance of bribes by a public official, beginning no later than February 2012 and continuing through at least on or about October 15, 2012, as alleged in Count 11 of the Superseding Indictment, we, the jury, find:

Defendant Matthew Kekoa LumHo:

_____ Not Guilty          \_\_X\_\_\_ Guilty

## Count 12

With respect to the charge of false statements on or about February 11, 2013, as alleged in Count 12 of the Superseding Indictment, we, the jury, find:

Defendant Matthew Kekoa LumHo:

_____ Not Guilty                    \_\_**X**\_\_ Guilty

## Count 14

With respect to the charge of false statements on or about April 2, 2014, as alleged in Count 14 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty          \_\_**X**\_\_ Guilty

If your answer for Count 14 – False Statements, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of false statements, as alleged in Count 14 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson made the following false statement(s):

**GUILTY** — Stating falsely that Wilson had never provided Timothy R. Donelson anything of value aside from a vehicle

**GUILTY** — Stating falsely that Wilson had purchased a vehicle for Natalie Capallia to enable her to survey land on his behalf

**GUILTY** — Stating falsely that Natalie Capallia had identified properties in Florida and Georgia for Wilson to purchase

**GUILTY** — Stating falsely that Wilson had paid for Natalie Capallia to go on a cruise in the Caribbean for the purpose of locating properties on his behalf

## Count 15

With respect to the charge of false statements on or about June 24, 2016, as alleged in Count 15 of the Superseding Indictment, we, the jury, find:

Defendant William S. Wilson:

_____ Not Guilty            \_\_X\_\_ Guilty

If your answer for Count 15 – False Statements, as to defendant William S. Wilson, is "Guilty," answer the following question:

With respect to the charge of false statements, as alleged in Count 15 of the Superseding Indictment, we, the jury, find that defendant William S. Wilson made the following false statement(s):

GUILTY — Stating falsely that PVS Inc. used a bulldozer supplied by Timothy R. Donelson or a company owned by Donelson to perform work on behalf of a power utility company in Florida;

GUILTY — Stating falsely that PVS Inc. used a bulldozer supplied by Timothy R. Donelson or a company owned by Donelson to plow fire lines

GUILTY — Stating falsely that Wilson hired Natalie Capallia to perform administrative work and to search for real estate on his behalf

GUILTY — Stating falsely that Wilson had met with Natalie Capallia three times before hiring her

GUILTY — Stating falsely that Wilson purchased two properties that Natalie Capallia

16

identified for him

_GUILTY_    Stating falsely that Wilson purchased two vehicles for Natalie Capallia to enable her to perform work on behalf of Wilson

_GUILTY_    Stating falsely that Wilson did not provide anything of value to Ronald A. Capallia, Jr. aside from the salary and vehicles provided to Natalie Capallia

_GUILTY_    Stating falsely that Wilson had never provided Matthew Kekoa LumHo with anything of value indirectly

_NOT GUILTY_    Stating falsely that Wilson had never bought anything for Matthew Kekoa LumHo

So say we all this **24** day of **June**, 2021.

REDACTED

17