Adam and Andrea Bennett
6803 Brimstone Lane
Fairfax Station, VA 22039
P: 703.405.8541

October 3rd, 2021

Honorable Judge Liam O'Grady:

Your honor, I am writing you today to let you know about the positive impact that Kekoa Matthew LumHo has had on so many lives, including our son and his lacrosse teammates that Kekoa coaches.

I have known Kekoa since 2003, when I interviewed him for a job at the State Department. I was impressed during the interview with his professional knowledge, and after hiring him, even more impressed by his positive attitude, light-hearted nature, and by his ability to work well with every member of our team. He made solid contributions to the team, and was encouraging to everyone, including junior staff.

We lost touch for a few years after we both moved on to other jobs, so it was a pleasant surprise around 2012 when we met each other again at a church we were both attending in Burke, VA. During this time, we got to know Kekoa's family. Our sons are around the same age and began playing lacrosse together around 2018. We have seen the impact he has made as a role model to his son as well as his stepdaughters with whom we have spent time. His children look to him for guidance and discipline. We have witnessed him teach his stepdaughters valuable lessons in life such as hard work and serving others, that they have carried with them into adulthood.

Kekoa has served as a lacrosse coach for several of our son's teams and has been one of the best and most impactful coaches our son has had. As a coach, he has made an impact on our son, teaching him skills and sportsmanship. He has helped our son over the past year and a half gain the confidence he needed to become a better player on the field and a better person off the field. We have witnessed his patience on the field in teaching his players the importance of hard work and perseverance. Often, Kekoa can be seen staying well after practice on the field working one-on-one with players to improve their skills. Off the field, he teaches them the importance of being kind and respectful in all aspects of their lives, at home, at school and in their community. In addition to youth sports community, Kekoa continues to serve an active role in the church community. From giving up his weekends to help the underprivileged get back on their feet by building beds for the homeless to opening his home to members of his church community who are in need.

Kekoa is a dedicated husband, father, and coach. He is a valuable part of our community, and his presence and positive impact would be greatly missed.

Respectfully,

*Adam W. Bennett*   *Andrea J. Bennett*

Adam and Andrea Bennett