Barbara McCullen
(484) 895-8984
52 Abbyshire Road
Ocean Pines, MD
September 28th, 2021

Dear Honorable Liam O'Grady

I am writing a short letter to you in the hope that I will be able to present you with a better understanding of the character of Matthew Kekoa LumHo. (Kekoa, to me)

I had lived with Kekoa and Delilah from July, 2017 to September 1, 2018. Bobby, Kekoa's father and my partner, was diagnosed with Adenocarcinoma. Because he was retired Army, the chemo and treatments would be taking place at Fort Belvoir Hospital. We lived in Ocean Pines, Maryland and it would have been too great of a commute for us. Kekoa and Delilah did not hesitate to offer us a place to stay in their home. I lived with them and observed the family's closeness. I was always made to feel as if I was part of the family. Bobby suffered a stroke and became completely incapacitated. The choice was a nursing home or hospice at home. Kekoa and Delilah insisted on bringing him home and caring for him there at their house.

Kekoa's father, Bobby could be very difficult at times and the cancer diagnosis did not help. Kekoa was always loving and caring with him. There were many times that I felt that I had nowhere to turn and Kekoa would pick up on distress and let me talk. He was and is a good friend.

First and foremost, Kekoa is a loving and caring husband and father. His son, little Kekoa had been diagnosed with ADHD and is on medication to help him function better. Kekoa, during the trail and intervening time has spent a great deal of time with little K and has become a strong and steady presence in his son's life. He always has his best interests in mind and is a loving and caring father. He has put forth, by his own actions, what it means to be a good person. Little K loves and respects his dad. I fear what will happen to the rest of his development without his dad's steadying presence.

Kekoa has a calming and steady way about him which helps his son, wife and friends.  He has been very active in his church and tries his best to live a good life.

I truly believe that Kekoa would be an asset to keep with his family and church.  He is a good person and would continue to do good in his life.

I'm hoping that you can agree that everyone's life would be better with him in it and not in prison.

I'm asking that you hand down a sentence that takes all of this into consideration.

Thank you so much for your patience.

Sincerely,

Barbara McCullen