Date: 2 OCT 2021

To: Judge Liam O'Grady, Senior United States District Judge of the United States District Court for the Eastern District of Virginia

From: Curt Hammill, retired Captain, U.S. Navy, and former Elder, Burke Community Church, Burke, VA

Subject: Kekoa LumHo

Dear Judge O'Grady,

Thank you for considering this letter in your assessment before Kekoa's sentencing hearing. I write to encourage leniency.

While I did sit in your courtroom during Kekoa's Defense Team's presentations, I make no comments about the merits of the case. I would like to present elements of Kekoa's character that may have not been presented in the formal proceedings. I suggest that these meritorious elements have bearing on the type and duration of his sentence.

For over five years, I served as an Elder in the leadership team of Burke Community Church. Kekoa and his wife, Delilah, were in a segment of the church body for whom I was responsible to pray and offer biblical counsel. This was an active role in which I observed Kekoa closely. Foremost, I can state that Kekoa is a committed believer of Jesus Christ. He's been an active learner in the Men's ministry, growing in his understanding of God's purity and God's mastery of the details of Kekoa's life. The sentence you'll pronounce is one of those details.

He has not been idle during his time awaiting trial. Indeed, he has grown in his faith, since becoming a believer in 2014. As an active volunteer for over four years in the children and student ministries, Kekoa impacted those students' lives with truth about God's nature. He acted consistently with that belief in teaching students about the nature of God and His gracious character.

Kekoa has a powerful personal testimony. To encourage some men in our church, he has shared his personal story as an example of God's redemption. Nearly 70% of the men in our church serve in the military or federal workforce, so this has been an impactful message.

Finally, as a father, I know that his active presence in his son's life will make a positive difference in Little Kekoa's life trajectory. He's been active coach in local children sport leagues to help other children besides his own.

As Solomon prayed, as recorded in 1 Kings 3:9, so I pray for you…that The Lord would give you an understanding heart to judge your people, to discern between good and evil.

I can be reached at: (571) 429-1356 if there are any questions. Thank you again for considering this letter in your deliberations.

Regards,

Curt Hammill