# Dallas E. Shaw Jr. Maj USMC (Ret)

2 October 2021

10415 Darby Street
Fairfax, Virginia 22030

Dear Judge Liam O'Grady:

I am writing to ask for leniency and mercy for Kekoa LumHo, not only for his sake, but also on behalf of all those whom Kekoa has poured his life into including myself, the members of Burke Community Church (BCC), our men's ministry, Kekoa's family, and those whom Kekoa coaches in sports. I believe with absolute certainty that Kekoa's impact and contributions on all these people will be greater out of prison than in prison.

Your honor, we respectfully request that you grant Kekoa as much grace and mercy as you are allowed by law to do, particularly to allow him to serve whatever sentence you give him out of prison. Kekoa has invested in the lives of countless men in BCC, myself included. During COVID, with so many despairing, lonely, and isolated, Kekoa led a life group giving hope to people in desperate need of it. I fear for those he ministers to, even during his own trial, how they will fare without him. Kekoa has poured into his son's life and helped him navigate an ADHD diagnosis and brought great calm in his son's life when so many children are suffering from the pain and isolation of COVID quarantines. Kekoa is a stalwart friend to men who are struggling through the pandemic and through divorce, personal loss and fear. Your honor, in showing leniency to this man, you would also be showing great leniency on us—the people he serves and continues to bless.

10415 DARBY ST., FAIRFAX, VIRGINIA 22030
T (703) 967-5263  U DALLAS69@VT.EDU

Your honor, we will be in prayer continually for your wisdom and blessing, not only in the case but in your incredibly difficult job. May the grace, and wisdom, and blessing of our Lord Jesus Christ rest on you and your family everyday as you carry out your God-appointed role.

Semper Fi and God Bless,

Dallas E. Shaw Jr.

Maj     USMC (Ret)