01 October, 2021

From: Daniel G. Rieck, CAPT USN (Ret)
3708 Willey Road
Hurlock, MD 21643
(703) 424-0862

To: Justice Liam O'Grady

SUBJ: Kekoa Lumho

Dear Judge O'Grady:

My name is Daniel Rieck. I am a retired Navy Captain who works in the Pentagon as a Government Civilian with the Navy. I have been a friend of Kekoa since 2014 and have gotten to know him very well during that time. I am fully aware of the allegations against him, but ask that you consider my comments of Kekoa as representative of his character and a description of the entire man.

As a 26-year Naval Officer, I had the opportunity to command several thousand people during my career, and through that have had a lot of opportunity to assess the character and potential of people. It is from that perspective that I begin my comments. Kekoa is one of the most giving and caring individuals that I have ever met. He is a spectacular husband and father who loves his wife and family and would sacrifice anything for them. During this difficult time in his life, he has been a pillar for his son Kekoa who deals with the complexities of ADHD. Kekoa took this incredibly painful time and has stepped in to be a teacher, mentor, and coach to get this young man on the right track for life. I can't imagine the difficulties that his son will endure if you take his father away from him.

I have extensive experience in Men's mentorship from my time as the Men's Ministry Leader at Burke Community Church, and in that capacity, I can speak with confidence of Kekoa's character. Kekoa is a man of deep faith in God, has a servant's heart and is available to anyone who needs help. He and his wife Delilah have spent countless hours assembling beds to combat child bedlessness in our area. Additionally, he has been instrumental in the restoration of Jeremiah 29:11 Farms, a retreat location for men from various walks of life that need a fresh start. I have never known him to not raise his hand when "someone" needed to step up....it didn't matter whether the job was hard or easy.... he is the one who stepped in to serve.

In closing, Kekoa Lumho has already paid dearly in the turmoil and stress that this ordeal has inflicted on him and his family. He is a quality man in this day where that is a rare commodity. I am imploring that you extend him all of the grace and leniency that you could afford him.... because he is worth it! He has a love of family that is unequalled and a love of community and country that is inspirational. He has earned the respect and admiration of anyone who knows him because he is the kind of man that people read about but seldom have the good fortune to know personally. Well, I do know him, and I can affirm my comments with every fiber of my being. I am and always will be proud to call Kekoa my friend. Thank you for your time and prayerful consideration of this letter.

Respectfully Submitted,

*Daniel G. Rieck*

Daniel G. Rieck
CAPT USN (Ret)