Diane Draper
7101 Stanchion Lane
Burke, VA  22015
571-208-9575
October 3, 2021

Honorable Judge Liam O'Grady
Albert V Bryan US Courthouse
401 Courthouse Square, Alexandria VA 22314
Re: Kekoa Lum Ho, Case Number 1:17-CR00222

Dear Judge O'Grady,

My name is Diane Draper, and I have been a professional educator for 40 years.  Thank you for allowing me to write in support of my friend, Kekoa Lum Ho.  His sentencing is scheduled for October 20, 2021.

As an educator, I am experienced in recognizing the affects that a father's impact has, both negative and positive, on the family unit.  Prior to Kekoa's job loss, his 10 year old son, having severe ADHD, had exhibited unacceptable behaviors in the classroom since Kindergarten.  His behavior modification program had little effect, resulting in numerous visits to the principal's office.  His son was also failing in academics and displayed signs of depression.

Post job loss, Kekoa was home full time and focused his time and energy into his son's needs.  The previous behaviors changed dramatically due to Kekoa's positive impact and daily involvement in his son's life, both at home and volunteering at school.  During this time, Kekoa supported his son, and other boys in the community, by volunteering as head coach in Lacrosse and dive teams.  He provided hope and encouragement to his son and defined him by his strengths and not his weaknesses.   Presently, his son's outlook on life is healthy.  He is interacting properly in a classroom setting and succeeding in his academics.

With great respect, I am requesting to keep the family unit intact and allow Kekoa to serve his sentence through home confinement. ADHD studies have found that how a father acts towards his ADHD child has a great impact on the child's behavior at home and the child's perceived level of family support.  Dividing the family would break that bond and weaken the foundational support his son needs to prevent slipping emotionally and behaviorally at home and in social settings.

A father's influence is rare these days, and Kekoa is the only father to his son.  Please preserve Kekoa's positive influence on his son and prevent the negative consequences that can be triggered from having a father in jail.


Respectfully,

*Diane Draper*
Diane Draper