## Letter of Support for Matthew Kekoa LumHo

To: The Honorable Judge Liam O'Grady
From: Frank H. Carber Jr.

As background, I am a retired U.S. Navy Captain and judge advocate and now work as a college professor.

I have known Kekoa LumHo as a friend since 2014 and my opinion remains the same, he is one of the finest, most trustworthy, caring and honest people I have known personally or professionally in my lifetime. My interaction with him over the years has been several times a week, and this includes in his home, at church, visiting in my home with my wife and children, in public and just general time together. Even after moving, we stay in weekly communication and I routinely am in the Virginia area, sometimes for weeks at a time.

One small personal example of Kekoa and his character and trustworthiness is the time we were moving out of a house in Fairfax Station. Due to a mix-up with the movers, we still had expensive furniture and items in the house, yet we had to depart. Kekoa, on his own volition came over and volunteered to help, we trusted him with the keys to our home and access to expensive items in the house. Through his own initiative and hard-work, he personally coordinated moving the furniture out and getting the house ready on time for the renters all by himself, all done cheerfully and without complaining – he was a person we could trust and he was a godsend.

I have directly observed Kekoa is a caring, loving and supportive husband to Delilah as well as a tremendous father to his son Kekoa Jr. An example of his caring at home was taking his dying father into his home to allow for a personal hospice environment. Candidly, Colonel LumHo could be a difficult man, but Kekoa is motivated by doing what is right, and uncomplainingly helped his father through his last weeks of life.

Kekoa also helps the poor and vulnerable. I personally have seen him work as a volunteer with an organization that goes out into the local area tent cities to provide meals and fellowship to the homeless. I know he also volunteers with the Lamb Center, a walk-in center for poor and low-income in Fairfax County.

Kekoa is a humble and honest man. In the entire time I have known Kekoa, never once has he lied or misled me or tried to avoid accountability for mistakes he may have made. When Kekoa gives me his word, I have 100% faith in it.

I believe Kekoa is still an asset to the general community, and to take him out of it and away from his son, wife and family for an extended period of time would be a loss for all.

901-493-2020
1545 Blueberry Hills Rd.
Monument CO, 80132