December 27, 2021

Honorable Liam O'Grady
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Re:  Letter regarding sentencing of Kekoa LumHo

Dear Judge O'Grady:

I am writing to you regarding the sentencing of Kekoa LumHo. I have known Kekoa since his birth and I respect him for his integrity and his compassion for his family and friends and for his history of working hard in support of his government. At times he has had numerous family members living at his home including his terminally ill father. Kekoa undertook his father's care during a difficult time period and it was extremely time consuming since it involved taking his father to chemotherapy treatment and other medical visits. I was amazed at how patient and responsible Kekoa was when we went to visit him and his father near the end of his father's life. We spent a few nights at his home, along with other family members, and I was happy to learn that Kekoa has become a devout Christian who regularly donates his time and energy to his church and its members. He is a remarkable young man and I hope you will take into account all of the wonderful work he has done for the government, when he probably could have been making a lot more money in the private sector due to his computer skills.

I urge you to consider the benefits of having him serve his community by doing volunteer work in response to his conviction. He can provide valuable assistance to his community which makes a lot more sense than sending him to prison. For example, I know he could use his computer skills to tutor underprivileged kids in the Washington D.C. area. I am sure there are other constructive ways that he can serve society. He is not a danger to his community and he has already suffered the loss of his job and the loss his father during this trying time.

As a Naval Academy graduate, a retired Navy Reserve Captain, a retired Industrial Appeals Judge, and former adjunct professor at Seattle University School of Law where I taught Professional Responsibility, I do not make this recommendation lightly. My wife and her brother, Kekoa's father, a retired Army Colonel, attended Kamehameha Schools as native Hawaiians, and Kekoa comes from that proud but disappearing cultural heritage. I ask you to please show a little Aloha to Kekoa and make his sentence worthwhile to his community by allowing him to provide much needed public service and that will also allow him to continue to raise his young special needs son.

Sincerely,


Gregory Duras
4302 N. Waterview St.
Tacoma, WA. 98407