Jenna Taliaferro
8119 Viola Street
Springfield, VA 22152
Phone: (843) 8177768
Email: jstaliaferro@mac.com

December 23, 2021

Honorable Judge Liam O'Grady:

I know this is a busy season for you, so thank you for taking the time to read this letter. I also know that you have a difficult decision to make regarding the sentencing of Matthew Kekoa LumHo, which is why I am writing to you today. I would not normally get involved in this way, however, when I look at the possible sentence that Kekoa is facing, and I weigh that against what I have witnessed to be true about Kekoa's life, I feel that it is my responsibility to share this information with you.

I would like to start by introducing myself. My name is Jenna Taliaferro and I have known Kekoa and his family for over 4 years. We are a military family, as my husband is currently serving in his 19th year as an Air Force officer. I stay at home with our four children, although I have a B.A. in elementary education, an M.A. in Christian education, and am working on a second M.A. in counseling.

After we moved to Virginia in 2016, we met the LumHos and instantly clicked because of our shared experience of having a child with a learning disability. Over the last four years of our friendship, many wonderful qualities have been evident in Kekoa's life but there is one overarching theme that stands out to me the most; his loving spirit. There are many examples of this that I can share, such as his volunteer and service activities, his leadership roles, and the way he faithfully leads his friends and family. I am sure that you have already received a long list of ways that Kekoa has contributed to people's lives, so I do not want to be redundant. What I will add is this: that it isn't just about the list of positive things that Kekoa has done that makes his presence at home, church, school, and in the community so valuable.

Those things *are* valuable. But what makes Kekoa a true treasure is that these things are a sincere outpouring of the loving and joyful spirit that is inside of him. The way that he loves people is beautiful. I don't know if this part of Kekoa's character was made evident during the trial process, but I see it as being the most defining characteristic in his daily life. People long to be loved and truly seen, and Kekoa does this so well. This is such a rare and powerful gift that our world so desperately needs. I cannot fathom the impact and devastation that losing Kekoa would bring to countless lives.

In closing, I would like to ask you to graciously consider Kekoa's heart as you determine his sentence. I believe that if you could see firsthand the humbleness, kindness, and generosity that characterizes Kekoa's *precious* life, your heart would be touched. I believe that if you could get to know him personally, you would be inspired. I want you to know that Kekoa is a profound joy to our whole family and that our thoughts and prayers are with you as you go through this process. Thank you again for reading this and please reach out if you have any questions.

Sincerely,
Jenna Taliaferro
*Jenna Taliaferro*