September 29, 2021

Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge O'Grady,

I am writing to vouch for the character of Kekoa LumHo, due for sentencing in October. Kekoa is a member of my church and the leader of our small group which meets weekly. Kekoa has led this group for nearly two years. He is a reliable leader with a ready agenda for our time. He is ever faithful in drawing out each member as an important participant. He gives leadership to the group that cannot be matched and we will be at a loss without him.

I have known Kekoa for five years. In this time, I have seen him take upon himself important roles in the community as a leader for his son's lacrosse team, as a participant in outreach to the poor in our community, and as a responsible and reliable member of his neighborhood. Kekoa is a strong family man who has often housed his wife's mother, his dying father, his adult step-daughters and others when they are in need. His wife Delilah and he have grown closer and matured throughout this legal ordeal. He is kind and compassionate towards her. He is the primary care-taker for his young son who suffers learning disabilities. I have witnessed his efforts to nurture this boy, to provide for his education, and to seek out and apply remedial advice and techniques to enhance his son's learning. His family will surely be at a loss without him.

In view of Kekoa's character, faith, and the numerous responsibilities he carries at home, at church, and in our local community, with respect, I ask that you take these considerations into account when you decide his upcoming sentencing.

Sincerely,

*Katherine Kendall*

Katherine Kendall
9926 Stone Wood Court
Burke, VA 22015
703-203-2103