Dear Judge O'Grady,                                                                                                  Oct 10, 2021

I wanted to provide a character reference letter for Mr. Kekoa Lumho, whom I hold very dear to my heart. I first came to know Kekoa in June of 2016 when my company assigned me to work at his Government Agency, Executive Office for Immigration Review. During this time, I had numerous interactions with him, helping to correct numerous errors uncovered in their IT systems. Through various Team meetings I saw Mr. Lumho was a very dedicated Government Lead, who absolutely had the mission and the IT department capabilities at the forefront of daily intent. I also saw a deep care of the team members in the way he interacted with everyone. Some of the projects did not go well yet I watched Kekoa keep his composure and approach the staff with confidence that the issues could be overcome. I quickly realized I could learn much in my own approach with people interaction when things did not go as planned.

In 2018 I was reassigned to another customer. I was sad to depart EOIR, but it was the nature of my company to move us every few years to a new client. I reached out to Kekoa a few months after departing and we became fast friends. We are both Christian and I love the deep, thoughtful conversations that would take place and his view of things. I also loved watching the way he interacted with his son, Kekoa. I'm a very dedicated father, so this is a core principle to me. I watched Kekoa start volunteering at a school we both had our children enrolled in. He was wonderful helping to coach the lacrosse team while I coached the girl's softball team. Any time the school sent out a request for assistance, be it supporting a schoolwide event, or moving of equipment in buildings, I would always find Kekoa's name on that signup sheet and see him out at the event working to help the school. As a Scout Leader, I did try to pull them into our cub scout group to share that time with them, but they were happy in the cub scout group they were in.

In my own life my marriage became strained and is close to failure. Kekoa has been a huge help to me through this. I feel like I can lean on him at any time and he's always been there to listen, not pass judgement, and truly provide godly advice. It's rare to have someone that you can be completely open with. Furthermore, he's been there helping me through this when he's been faced with one of the greatest challenges of his own life which could have a drastic effect on both himself and his family. Yet through this, he always maintains that positive outlook and simply reaches out to me to make sure that I am ok. I will always consider him one of my closest most caring friends who models the values and integrity that I hold dear as well as could learn more from.

Sincerely,

Kevin Cobb
5813 Clermont Drive
Alexandria, Va 22310
(703) 629-2101
Kevinjcobb@verizon.net