October 1, 2021

Lisa Jewel Hess
13670 Bent Tree Circle, Apt. 201
Centreville, VA 20121
703.626.8993
LisaBouldin7492@gmail.com

Dear Honorable Liam O'Grady,

     I have known Matthew Kekoa LumHo for over 7 years, and over the course of that time he and his wife have become dear friends to my family and me and have become an integral part of my life. When I first met him, his wife was on a spiritual journey, seeking to learn more about Christianity, and Kekoa was along for the ride, mainly attending our small group church meetings with Delilah so he could care for their son, little Kekoa. During that time, he didn't sit in any of our meetings but would play with Little K in another room. When we would talk with him afterward, he was always very cordial, but clearly skeptical and full of doubt, and at the same time incredibly curious and full of questions. Little did he know at that time that he was on the same spiritual journey as Delilah, seeking truth and genuine faith that would change his life forever. Eventually, both he and Delilah came to love Jesus and have been in a genuine relationship with Him ever since. Throughout the years, I have seen him grow in love and patience, in joy and hope, in faith, and in humility. It has been a privilege to have walked this road with the two of them. His growth has made an impact on not only his wife and children, but on all who live in their home as well as extended family and friends. He cares genuinely and deeply for others and will often share his life-changing faith with them. He has truly affected many lives in a variety of positive ways.

     Kekoa passionately serves others, from the various ways he serves his church, which now includes giftedly leading the small group that he was once just a spectator of mentioned above, to being an essential member of the church's community outreach leadership team, to offering a friendly face as a greeter on Sunday mornings, and in the way he just steps in to lend a helping hand. Outside of church, he volunteers at his son's private school and as his son's travel lacrosse team head coach, helps a non-profit organization build beds for families in need, and is always willing to help his neighbors, family, and friends in whatever ways he can. He has positively affected countless lives and is one of those brilliant lights that shine no matter where he is or what he does. Kekoa is a special person, a true difference-maker. He deeply cares about people, as is evident in the way he lives his life.

     If you'll indulge me for a few moments, I'd like to give you some background into who Delilah and Kekoa are to my family and me personally. In 2016, I found out that my husband of 23 years had not only been unfaithful to me but also had gotten that young woman pregnant. I won't go into detail, but after being separated for several months, my husband and I reconciled. However, in November 2019, I found out that he had been unfaithful again with another woman. We separated and are now recently divorced. Throughout these past 5 years, Kekoa and Delilah have played a huge part in my healing journey. They opened their home to me and my children in numerous ways, no matter what time of day, including the night that I was there until 4am crying with them both. They consistently helped my husband and me in whatever ways they could through our reconciliation process from 2016 through 2019. Since the 2019 incident, they have been instrumental in making sure that the emotional and

physical needs of my kids and myself were taken care of, especially during the COVID crisis which happened just shortly after my separation. This was obviously a very challenging time for our entire country/world, but being freshly affected by a failed marriage and separated permanently from the man who had been my best friend, it was much worse for me as I suffered deeply. Delilah and Kekoa were always there to encourage my heart, help in any way they could, and were a regular presence in my life as they helped me pick up the shattered pieces while reinforcing that my kids and I were not alone. To have that constancy in our lives during such an unsteady time helped give me hope, and the gratitude and love I have for them is inexpressible. Kekoa and Delilah, working as a beautifully united team, have played a vital role in getting me through some of the darkest days of my life.

Since my separation in 2019, my van was consistently breaking down, and since I no longer had a husband to count on, Kekoa was always there to help fix it whenever he had the know-how. If he was unable to repair it he would take time to get me to and from the mechanic, as well as allowing me to borrow one of their cars until my van was repaired. Kekoa also personally helped me through the process of getting my son his first car. Since I had never car shopped before, I didn't know the first thing of how to go about doing this. He graciously helped me every step of the way by being available for my texts and calls (which were plentiful), as well as test driving one of the vehicles we were interested in. Even more importantly, Kekoa gave my son an intangible gift, his attention and his time. Kekoa took my teenage son under his wing during a very difficult time in his life, showing him care, and proving that he was a man my son could depend on. He gave my son a safe place to talk, tried to encourage him about faith in Jesus and in his relationship with his father. My son had no other male figure in his life that took the time to pour themselves out in the way that Kekoa did for him, and for that I am extremely grateful. Kekoa is a giver and has one of the biggest hearts of anyone I have ever known.

Kekoa is also a wonderful husband, father, son-in-law/son, and friend. He is one of the most genuine, kind, giving, joyful people I know. He constantly pours his life out for those in need. How many people do you know look for opportunities to be a blessing to others as often as possible? How many people do you know sacrifice endless hours for the benefit of someone else, even for those who are not family? If someone ever has ever had the honor to know Kekoa, they have met an incredible person and will greatly benefit with him in their life.

I was able to attend some of Kekoa's first trial and most of the second. Despite his guilty verdict, I still believe in him and humbly ask from the bottom of my heart for leniency. Requiring Kekoa to serve a long sentence will not only negatively affect him, but also his wife and children, his mom and friends, and all the people that he positively effects on a regular basis. Kekoa spreads joy and laughter. He spreads hope and love and does so with a humble demeanor. This community benefits from his presence. There are plenty of criminals that should not be free, that should serve time behind bars; Kekoa is not one of those people. He never has been and never will be. He is a good man. He is a good citizen and is a benefit to society. Please consider all that he does for so many people and minimize his sentence as much as possible.

Sincerely,

Lisa Jewel Hess