Letter of Support for Matthew Kekoa Lumho

To: The Honorable Judge O'Grady
From: Mrs. Margaret Carber

I have known Kekoa and his family for more than seven years, they have been regular guests in our home for church, social and various other events. I have always been impressed by Kekoa's obvious efforts to be a good family man, showing respect and love for Delilah while being a strong and loving father. Kekoa has an incredibly giving heart and is selfless, always looking to help out. On more times than I can count, Kekoa would come over to help my husband, Frank H. Carber, with things that were broken or needed a second pair of hands.

For part of the time I have known Kekoa, all three of our children were home and he provided wise guidance when asked and always showed interest in their lives – I trusted him 100% with my children and he was a shining adult example to them, in turn, they unanimously spoke highly of him and respected him deeply.

Kekoa is the kind of person you want as your friend, in your neighborhood, and your life!

901-484-0369
1545 Blueberry Hills Rd.
Monument, CO 80132

*Margaret Carber* (signature)