Mary S. Norris
236 Carolina Farms Boulevard
Carolina Shores, NC  28467
mknorris10@yahoo.com
8 November 2021

Honorable Judge Liam O'Grady
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA  22314

Dear Honorable Judge O'Grady,

I'm writing you this letter in the hopes of conveying to you the kind of man Kekoa LumHo is.  I met Kekoa in the Fall of 2006 while working at the Department of Defense Office of the Inspector General.  At that time, I was the Chief, Administrative Service Division which was responsible for numerous functional programs of which one was Facilities and Space Management.  For this program to be successful my division had to work very closely with the employees in the Information Systems Directorate.  In the first meeting after Kekoa came on board he was introduced to the group and I quickly saw that he was extremely knowledgeable in the IT world, had a positive attitude towards the task at hand and would be a pleasure to work with.  From that day forward I knew Kekoa was someone I could count on; dependable, dedicated, steadfast.   Our professional relationship continued to grow with every encounter, meeting or project until I retired in July 2013.  My position when I retired was the Deputy Assistant Inspector General for Operations Management.

Shortly after we meet our professional relationship turned into a personnel friendship that I cherish very much.  Kekoa and Delilah share many of the same interests and values that my husband and I have.  Over the 15 years we have been friends, we have shared many many good times, joyous occasions and our share of sad times.  In 2007 my Dad was diagnosed with vascular dementia.  Here is a man that fought for our country in three wars, flew both rotary and fixed wing, retired from the military, continued his career with the federal government and raised three daughters who on any given day didn't remember where he was or who we were.  This was devasting to me and Kekoa knew I was struggling trying to make the right decisions that were in the best interest for my Dad.  During this time Kekoa was a great strength to me.  I will never forget the kindness and compassion he provided and the emotional support and he continued to support me through the difficult days after my Dad's death.  Kekoa has not only been there for me but has also been there for my entire family over the years.  When my sister's house caught fire and was a total loss, Kekoa immediately asked what he could do to help.  He and Delilah both gave of themselves freely.  That night they went through their personnel belongs to see if they had anything my sister, brother-in-law, nephew and niece might be able to use.  The next day they were at my house with clothes, toiletries and food.  For the next several months Kekoa and Delilah made themselves available to whatever was needed; picking up purchases, installing programs/security software on new notebooks, and most of all providing emotional support to my family that had suffered a devasting loss.  The loss was not only their home (material things can be replaced) but they also suffered of the loss of their two beloved Labrador Retrievers.

My husband, Key and I relocated to North Carolina in October 2016.  Life was good.  Kekoa and family visited us several times and we always enjoyed our time together.  One year later, our world was changed forever.  Key was diagnosed with Esophageal Cancer.  Here we were in a new state with no

family close by.  Kekoa made it his mission to do everything he could to support us through Key's treatment, major surgery, recovery and additional treatment.  I had to be strong for my husband and not let him see how scared and devasted I was but I needed someone to talk, cry, scream with.  Kekoa was one of those persons.  I cannot even count the number of times I called him all hours of the day and he would just sit and listen.  I could feel his love, compassion and strength through these phone calls.  During this time, when possible, Kekoa, Delilah and their son would travel to be with us.  They were a united front providing physical and emotional support through this journey.  I don't know what I would have done without them.  These are only three examples of what he has done directly for me and my family and I know he has provided the same compassion, dedication, kindness and reliability to countless others.  I trust him with my life and the life of any of my family members

When I think of Kekoa I don't think of him as a friend.  I think of him as my extended family.  Kekoa is truly an exceptional person.  He is a wonderful husband, father, step-father, son, brother and friend.  He gives of himself without restrictions never wanting anything in return.  Kekoa is someone who makes a difference; a difference in the lives of his family, his friends, his son's teammates, his community, his church fellowship and to people he doesn't even know through his generosity for caring for others less fortunate.  I hope in making your decision you will take in consideration all of Kekoa's positive qualities and how his everyday presence will be sorely missed and find it in your heart to have leniency in the sentence you deliver.

        Respectfully,


        Mary S. Norris