Mia Navarro
2201 15th st NW
Unit 202
Washington, DC 20009
(571) 302-0272
mia.navarro12@gmail.com

Your Honor:

I am Kekoa LumHo's eldest step daughter, Mia Navarro. Kekoa came into my life when I was 8 years old and I am now 24 years old.

While I respect the court's final ruling I am writing to share the key role Kekoa has played in my life. Due to Kekoa entering my life during my developmental years, he has truly helped shape the woman I am today. Without a second thought, everyday Kekoa went above and beyond the normal role of a stepfather. He was the one on the sideline at my basketball and soccer games giving me pointers, he was the one who taught me his favorite sport lacrosse and then even became my coach for a time, he was the one who would drop me off and pick me up from class, he was the one who stood up for me in middle school when a teacher and I weren't seeing eye to eye, he was the one who showed me how to properly use chopsticks, he was the one who took me outside to practice my skills in whatever sport I was playing at the time and he was the one who covered his face in glitter to look like a vampire at my 7th grade Twilight themed birthday party. Kekoa has kept this same "I'm here for you" mindset and I see it with my little brother every time I'm home. Over the Covid-19 lockdown, Kekoa ensured my little brother didn't fall behind in school and was with him at the kitchen table teaching him everyday. They are the epitome of best buds, they do everything together, the fish, they play lacrosse, they build wooden cars, they eat the same gummy bears and they even have the same sense of humor.

Kekoa also understood the importance of fostering a healthy relationship with his stepdaughters early on and by doing so he created an environment for us to feel safe and blossom into the women we are today. As an adult I now come to Kekoa for his guidance and wisdom on all aspects of my life. In short, Kekoa made sure we were a family and showed his love for us by being there and always showing up, no matter what.

I ask the court to please have leniency, mercy and grace in Kekoa's sentencing. He is an amazing Father, Husband, Coach and Leader and I pray to have him as an active part of this next chapter in my life.


Sincerely,
/s/Mia Navarro