

Honorable Liam O'Grady
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady,

I am writing on behalf of Kekoa LumHo as you prepare for his sentencing. Prior to serving as the Executive Pastor of Burke Community Church, a large non-denominational church with many DoD and military parishioners, I served 30 years as an Army Chaplain. During my time as the Installation Chaplain at Fort Belvoir, I worked with the Virginia court system to offer opportunities for convicted personnel to serve through community service at various Fort Belvoir chapels. This allowed justice to be served, while recognizing the individual circumstances of the person being sentenced as well as their family.

A similar offer to provide community service, combined with restrictive work/house arrest restrictions may not satisfy the sentencing needs of Mr. LumHo's conviction in your opinion, and I respect the decision of the court. I simply request that you consider my willingness to be part of the solution for the final resolution of this trial and sentencing.

I have known Mr. LumHo and his family for many years and had the privilege of performing his father's military funeral a few years ago. I have experienced Kekoa as a sincere person with strong convictions and a vibrant faith. His family will continue to be helped by this church, as I know the special needs of his son weigh on them as they approach his sentencing date.

I remain available to answer any detailed questions you may have regarding this request.

Sincerely,

R. Michael Coffey
Executive Pastor