Colonel (R) Michael E. Mulligan
7009 Sylvan Glen Lane
Fairfax Station, VA  22039

Honorable Judge Liam O'Grady
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

10 October 2021

SUBJECT:  Letter in Support of Leniency for Matthew Kekoa LumHo

    I respectfully request that the sentence in Matthew Kekoa LumHo's case now before you, to the maximum extent possible, grants him the ability to remain with his family to provide the physical, mental, and emotional support they need.

    By way of introduction, I have been a practicing attorney since 1988. I retired in 2019 after serving 30 years on active duty as an Army Judge Advocate. Previous to active duty, I was an Assistant District Attorney in Tulsa, Oklahoma.  For the majority of my Army career, I was a prosecutor and appellate counsel assigned to the Army's death penalty and high profile prosecutions.  My last duty assignment was as Senior Judge on the US Army Court of Criminal Appeals from 2015-19.

    Over my career I have stood before the Court and asked for a wide range of sentences, from probation, to time served, to death.  Each time my request came after the requested sentence was individualized to the criminal conduct and the defendant's individual circumstances.  I understand the vast responsibility owed to the integrity of the criminal justice system and to the imposition of an individualized appropriate sentence.

    I have known Kekoa, Delilah and their family for over eight years.  For a large period of that time my son, and his step daughter were in a dating relationship.  We shared some Holidays, and together attended family milestones like High School Graduations and athletic contests.  During that time I have known him to be a dutiful husband and father.  Always willing to donate time to church activities or charitable causes such as working a soup kitchen line over the Holidays.  He always made it a priority to spend time with his children and provide guidance and support.  And on occasion, he provided mentorship and counsel to my son who did not always agree with his father's views.

    It is difficult to describe the emotional strain this case and the impending sentencing has placed on the entire LumHo family.  The loss of income and the cost of legal bills brought a severe strain both emotionally and financially on their family. The conviction brought with it shame and loss of reputation.  But the hardest thing for the family to endure will be the effect of the loss of his father's presence on a young ten year old Kekoa.  He has a young son's dependence on his father for guidance, love, and support and that loss will be devastating.

1

Colonel (R) Michael E. Mulligan
7009 Sylvan Glen Lane
Fairfax Station, VA  22039

In closing, I believe the circumstances of this case and Kekoa's involvement are not indicative of his true character. I hope that his attorneys are able to provide you a complete picture of who he really is and the information needed for your deliberation on an appropriate sentence.

Sincerely,

*[signature]*

Michael E. Mulligan
Colonel, US Army
Retired

2