Michelle LumHo
(703) 475-5194
8646 Ivy Mint Ct.
Springfield, VA 22039

Honorable Judge Liam O'Grady
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

I attended my son's trial(s). Hard for a mom. I would like to tell you what was not shown during those proceedings. Kekoa is good man and I am asking for leniency in the decision that you now are responsible for.

I do not know the man described, accused and found guilty of all that rained down upon him. Instead, please allow me to share what I know and saw (especially in the most recent years of difficult times) of my son.

Kekoa was born into a military family, with frequent moves, living abroad and all that comes with military living.  His father, retired Colonial Bobby LumHo, (we divorced in 2011, he died in 2018) was a very strict father who disciplined strongly and had high expectations of his sons. He demanded respect, honesty and integrity from them at a very early age, much like the way he commanded his solders. He had a sharp tongue and ruled with a heavy hand, this formed Kekoa into the man he is today.  Kekoa quickly learned to do what he was told.

Kekoa has grown into such a fine man, married and a good father to my great joy and hopes.

My son and his wife took me into their home for 3 years (2018-2020) so I have a first-hand and behind the scenes perspective that a lot of parents don't get with their grown children.

Over the past 4 years, Kekoa stepped up into becoming "Mr. Mom" (homemaker) for his family.  He does it all.  He cooks the meals, buys groceries, does the laundry, cleans the house, bathes and grooms the dog, and takes care of his son. His wife is such a hard worker and spends very long days in her demanding job so Kekoa naturally assumed the role.  He also stays on top of his son's ADHD which plays a major role in their lives by managing meds, doctors, teachers, and often daily difficult behavior. He is on it (his son's development). It is constant from morning to bed, always redirecting and addressing the negative and encouraging the positive. Kekoa is an active and present father. He has taught his son important skills like wood working, camping essentials (little K is now brave enough to camp and sleep alone with his trusty dog overnight in the backyard), how to help with yard work, showed him how to replace the deck, and how to properly use a saw, drill, and basic tools. Kekoa learned from his childhood, parenting is better with love and encouragement, rather than intimidation and fear.

Aside from his involvement of the day to day living, Kekoa does more. He has been a lacrosse coach for different teams of young boys and goes beyond the typical coaching to help many boys grow in their skills individually. I am 74 years old with heart (valve replacement and AFib) and health issues. Although I have 2 sons, Kekoa is the only one that lives near enough to help me when I need it. I rely heavily on him when I need something moved, have a home maintenance issue, automobile issues, rides to the doctors and to be an extra ear at my cardiologist appointments.

My admiration grows as my son grows into an even better man and father. He and his wife manage to keep things together all while grateful for the blessings they have. They are such a loving and close family. They spent this time wisely in spite of the heavy judgement that is now in your hands. I hope you can be generous in your thoughts and able to show leniency as you make your decision in the final phase of Kekoa's sentencing.

Thank you for your time.

Michelle LumHo