October 3, 2021

To: Honorable Senior Judge Liam O'Grady
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: Kekoa Lumho's Character Reference

---

The purpose of this letter is to provide a character reference for Mr. Kekoa Lumho whom I have known as a friend for the last two years.

I first met Kekoa in 2019 through Burke Community Church, a Christian church in Burke, Virginia. In conjunction with the church, I became part of a Bible study group which Kekoa had been leading for a few years. Kekoa's family, my family, and a few others have spent a great deal of time discussing the Bible, our respective Christian journeys, and life in general.

It has been through this Christian group that I have been able to observe, discuss, emote, and converse with him, and as such I believe I can provide a level assessment of his personal character.

His character is exemplified through his relationship with his son, his wife, and in his growing and maturing faith in God. He and his 10-year-old son have developed a close bond which is wonderful to see. Over the last 2 years I've witnessed the passion Kekoa has poured into his son, whether through long hours at Lacrosse games, or in his efforts to support his son in school with ADHD treatment. Kekoa's character is clear in the love his displays for his wife. They clearly support each other through love, a shared faith, and in their efforts to lead the Bible study group as they have. Lastly, Kekoa's character has been shaped and molded, and is grounded in his faith in God. Kekoa has led our Bible-Life group while I have been in it, over the last 2 years, and has done an outstanding job leading discussions, talking through topics, and applying the Biblical message to the challenges of life. Kekoa's character is indeed strong, and it has been made evident through my interactions with him these past 2 years. I would sum it up into two words – faith and family.

Sir, I thank you for taking the time to consider my character assessment of Kekoa Lumho as you proceed forward.

Sincerely,

*Peter Joseph* (signature)

Peter G. Rey
6454 Honey Tree Court
Burke, VA 22015
571-205-2624