# SHP SLEEP IN HEAVENLY PEACE
### NO KID SLEEPS ON THE FLOOR IN OUR TOWN!

Phyllis Trouard, President          Serving Northern Virginia & Washington DC          703-369-1590



Phyllis Trouard
President, SHP NOVA/DC
9532 Liberia Ave, Ste 738
Manassas, VA 20110
703-369-1590
phyllis.trouard@shpbeds.org

To whom it may concern:

As the local President of Sleep in Heavenly Peace, I rely on a volunteer force from across Northern Virginia to build beds for kids sleeping on the floor. I first met Kekoa in February of 2020 when he and his wife first signed up to volunteer at one of our bunk building events. I have grown to know and respect Kekoa as a trustworthy team leader, friend, and advisor on IT matters relating to our non-profit.

I fully respect that Kekoa has been found guilty, and I am writing this letter to offer a broader view of him as a person. Since we met, Kekoa has been an integral part of our volunteer team and has not only attended events in public spaces, but also comes to my home to work on beds so we can meet our delivery schedule and prepare for upcoming builds.  Kekoa sets the standard for staining and preparing beds for delivery. He will graciously lead a team of individuals or work in small groups to prepare and stain beds at an astounding rate. When he shows up for the workday, he inspires and motivates the other volunteers with his mild mannered



# SLEEP IN HEAVENLY PEACE
NO KID SLEEPS ON THE FLOOR IN OUR TOWN!

Phyllis Trouard, President        Serving Northern Virginia & Washington DC        703-369-1590

and

supportive demeanor, managing the tasks at hand, engaging and leading the volunteers towards a successful workday of preparing beds for delivery. Kekoa is directly responsible for countless kids receiving new beds within 60 days of their request. As our non-profit organization grows, Kekoa and his wife are certainly key players.

I, and the kids on the floor in Northern Virginia, appreciate your thoughtful consideration in sentencing Kekoa to a sentence where he can continue helping kids get off the floor in Northern Virginia. Should you need further information please contact me.

With gratitude,

Phyllis Trouard
President

SLEEP IN HEAVENLY PEACE

**VA - NOVA/DC**

📞 703-369-1590
📞 1-844-432-2337 ext.5929
✉ phyllis.trouard@shpbeds.org
Facebook @SHPNovaDC