October 12, 2021

Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge O'Grady:

I am writing on behalf of my friend Kekoa LumHo, who will be appearing before you this month for sentencing in connection with a criminal case that was concluded earlier this year in your courtroom.

I have known Mr. LumHo for approximately five years, having met him and his wife shortly after my wife and I joined Burke Community Church.  Mr. LumHo is a member of a small group within the congregation that I and my wife also belong to; for the past two years, he has led the group and hosted weekly meetings in his home.  I have had the opportunity to get to know him quite well during this time.  He has demonstrated a strong commitment to both the church and our small group.  He is an active member of the congregation and has participated in community outreach programs sponsored by the church. His absence from these functions would be a loss to our church.

He is also a strong family man with an obvious commitment to his wife and family.  He has made accommodations in his home over the years to house various relatives, including his father during his last months.  He is devoted to his young son, who suffers from a learning disability.  He has spent considerable time with him on schoolwork assignments, and he has been a coach for his youth lacrosse team.  Incarceration would certainly impose a significant hardship on his family.

Unlike many people, Mr. LumHo was not raised in the church, but rather came to his faith relatively later in his life.  His commitment to learning, understanding, and applying the principles of Christianity in all aspects of his life, particularly throughout this trial, has been an inspiration to me. With respect, I ask that you take these factors into consideration as you pronounce your sentence.

Sincerely,

*RPKendall*

Ross P. Kendall
9926 Stone Wood Ct.
Burke, VA   22015
703-501-2493
D.C. Bar No. 323253 (Ret.)