Russell S. Draper
7101 Stanchion Ln
Burke, VA 22015
571-208-5773
2 October, 2021

Honorable Liam O'Grady
Judge of U.S. District Court for the Eastern District of Virginia
Albert V Bryan US Courthouse
401 Courthouse Square, Alexandria VA 22314
Re: Kekoa Lum Ho, 1:17-CR00222

Dear Judge O'Grady:

My name is Russell Draper, and I have more than 21 years of federal civil service as a Systems Engineer for the US Army's Night Vision Laboratory at Ft. Belvoir, VA. I am writing on behalf of my friend and acquaintance of 5+ years, Kekoa Lum Ho, to request you to consider a reduced sentence and home confinement option. The sentencing date is scheduled for 20 October, 2021.

In the years that I have known him, my friend, Mr. Lum Ho, has been a role model in faithful, diligent and selfless service in the church community to which we both belong as well as the broader community. He leads our small group of families in weekly Bible study and prayer helping our families cope with life's real struggles including divorce, loss of loved ones and devastating illness. I've watched him devote himself to care for and honor his own father who had to endure a slow and painful death due to cancer. He dedicates himself to guide and love his own son with learning disabilities who is thriving as a direct result of his father's loving hand and who would suffer intensely if his father is taken from his life. As a coach for his son's Lacrosse team, many other young men would also be devastated in these their formative years by the removal of Mr. Lum Ho's positive influence on their lives.

Respectfully,

*Russell S. Draper*

Russell S. Draper