September 22, 2021

Honorable Liam O'Grady,

Thank you for this opportunity to write on behalf of Matthew Kekoa LumHo.  My name is Tammy Hassett; I am the Director of Children's Ministry at Burke Community Church.  Kekoa and his family have been members of our church community since 2014.   Over the course of that time, I have enjoyed a growing relationship with this amazing family.

The LumHo Family have not just attended a Sunday here or there.  They have been actively involved and are always found serving with various ministries and community events.  I remember one year, where Kekoa and his wife, Delilah, took on the design and construction of a huge stage set for our summer kids camp called Vacation Bible School.  Together they created one of the largest most elaborate displays we have ever had.  This took great dedication, creativity and engineering.  They worked beautifully together.

They have been actively involved in Children's Ministry events, adding significant help with Vacation Bible Schools, annual Fall Festivals, Family Movie Nights, Father Daughter Dances etc.  In addition, Kekoa has also been closely involved in the Men's Ministry, attending guys Bible studies and volunteering regularly at special events like the men's retreat.  Kekoa brings great joy to the teams he serves on!

To support KeKoa and Delilah, I was in attendance in the court room and have followed KeKoa's trial.  My heart sunk when I heard the results of that very long heart wrenching process.  I have been incredibly impressed with how Kekoa and Delilah have handled this difficult season.  They can absolutely be considered a dynamic duo.  They are great partners in life.

Of course, I share this information with you because I am aware of the decision you have coming up on October 20th.  I feel compelled to write because Kekoa is a great family man.  My greatest concern about sentencing is the affect this will have on his son, Little Kekoa.  I know this young man well and have watched his ongoing journey dealing with ADHD.  Prior to diagnosis, Little Kekoa found school and Sunday school to be a struggle, behavior issues were common.  It was not until Kekoa made it a priority to work with him, that we have seen a great difference in Little Kekoa's behavior and ultimately his own joy.  I cannot imagine the effect it would have on Little Kekoa to experience the day-to-day absence of his father.

It's my desire to communicate what a good man Kekoa is and how committed he is to his community.  He also does a beautiful job leading his family.  Kids need their fathers, especially young boys.  I am asking that you allow Kekoa to remain home with his family.

Thank you for your time and consideration,
Tammy


**Tammy Hassett**
Director of Children's Ministry
w. 703-250-3960 ext. 137
c. 860-867-7864
www.burkecommunity.com

