Honorable Judge Liam O'Grady,

    My name is Thomas J. Fields III. Thank you for taking the time to consider this character letter for Mr. Kekoa Lumho. I am requesting leniency in your sentencing decision.

    I have known Kekoa for over six years. He is my next-door neighbor, and our families and children interact frequently.

    Kekoa has an extremely positive impact on the community and his absence will have an adverse impact. Kekoa doesn't smoke or drink and is a good man, dedicated husband, loving father, and a leader in his church.

    The first time I met Kekoa at a Homeowner's Association (HOA), in 2015, meeting he hosted at his home, as the President of the HOA. Even though he is no longer the HOA President, he has a calming influence on our meetings and provides viable solutions to our small HOA of 13 homeowners. He and his opinion are balanced and well respected. Additionally, he has led small community efforts like cleanup efforts for the development entrance. I am currently the president of the HOA and lean on him for advice and guidance, particularly this year when we are considering a special assessment for road maintenance.

    He is a member of the Burke Community Church. He and his wife lead a life group that meets at his home. He has provided leadership, guidance, and support to many members of the life group over many years. He has had a tremendous positive impact on the lives of many people in his life group, several with significant life challenges.

    Kekoa's son and my son are in the same Cub Scout Pack, Pack 688, in the Fairfax Station, VA. Kekoa's involvement in the Cub Scouts has been very positive. He freely sponsors meetings at his home which is a Godsend since our access to Silverbrook Elementary was curtailed due to construction.

    Finally, and most importantly, I am very concerned about the negative impact on his ten-year-old son. His son has ADHD, and he takes different medications. His son spends a great deal of time with our children (9, 11, and 13 years old) and my children have some issues, and one of my son takes two different medication. I have frequent contact with his son at Cub Scouts and our in our home. In both cases I give his son direction and guidance, particularly when he is distracted, not focused, or not listening. One thing that comes through clearly is the direct and positive impact Kekoa has on his son. His son responds to him and Kekoa provides his son clear guidance on proper behavior. I can say without any doubt that he is a model father. I am highly concerned about his son's future if Kekoa is missing from his son's life.

    I am a retired Army Colonel and currently the Program, Analysis, and Evaluation Officer working for the Chief Financial Officer, of the Architect of the Capitol. It is my opinion that Kekoa is a highly active and upstanding member of the community. His character has not wavered in his dedication to faith and family in anyway in the entire time I have known him. His absence would have a negative impact on the community at large and potentially detrimental impact on his ten-year-old son during these critical years in his development as a productive member of society.

    If you have any questions or I can provide further information, please contact me at 703-598-2955 or tjfieldsiii@gmail.com

    Sincerely,

    *[signature]*